IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF OHIO
EASTERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | CASE NO.: 1:25-CR-00186 |
| | ) | |
| Plaintiff, | ) | JUDGE SOLOMON OLIVER, JR. |
| | ) | MAGISTRATE JUDGE JAMES E. |
| | ) | GRIMES, JR. |
| v. | ) | |
| | ) | |
| JUAN TIUL XI, | ) | |
| | ) | PETITION FOR WRIT OF HABEAS |
| Defendant. | ) | CORPUS AD PROSEQUENDUM |

TO THE HONORABLE JUDGES OF THE UNITED STATES DISTRICT COURT FOR THE NORTHERN DISTRICT OF OHIO, EASTERN DIVISION:

The petitioner, Carol M. Skutnik, Acting United States Attorney for the Northern District of Ohio, respectfully submits to the Court that Juan Tiul Xi is now confined in the North Central Correction Institution, Marion, Ohio, and is in the custody of the Warden for said Institution.

Your petitioner further shows to the Court that the defendant has been charged in this District with a violation of Title 8, United States Code, Section(s) 1324(a)(1)(A)(iv), 1324(a)(1)(B)(i), and Title 18, United States Code, Section(s) 2, and pursuant to said charge is to appear for Arraignment Hearing on April, 24, 2025, at 3:00 p.m. before the Honorable Magistrate Judge James E. Grimes, Jr. in the United States District Court for the Northern District of Ohio, EASTERN Division.

WHEREFORE, your petitioner prays that a Writ of Habeas Corpus Ad Prosequendum issue from this Court to the above-named custodian and/or the United States Marshal at Cleveland or their designee, and/or Homeland Security Investigations and/or the Ohio Department of Rehabilitation and Corrections to produce the defendant before this Court at the

above-specified time and place and for such other and further proceedings as the Court may deem proper as it pertains to the prosecution of said charges; and that immediately after the said defendant completes this and any future court proceedings, Defendant be returned to said custodian under safe and secure conduct.

                          Respectfully submitted,

                          CAROL M. SKUTNIK
                          Acting United States Attorney

By:   /s/ Carol M. Skutnik
       Carol M. Skutnik (OH: 0059704)
       Acting United States Attorney
       United States Court House
       801 West Superior Avenue, Suite 400
       Cleveland, OH 44113
       (216) 622-3785
       (216) 522-7545 (facsimile)
       Carol.Skutnik@usdoj.gov

I, Carol M. Skutnik, do declare under penalty of perjury that the foregoing is true and correct.

                          s/ Carol M. Skutnik
                          Carol M. Skutnik
                          Acting United States Attorney

Executed on 04/22/2025.